**Electronically Filed**
**Supreme Court**
**SCWC-21-0000027**
**21-FEB-2023**
**07:52 AM**
**Dkt. 12 OGAC**

SCWC-21-0000027

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

KIEU MEYER, STEPHEN MEYER, KIEU MEYER ON BEHALF OF A MINOR,
Respondents/Petitioners-Appellees,

vs.

JAMES BASCO and MARY BASCO, Petitioners/Respondents-Appellants.
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000027; Case No. 2DSS-20-0000144)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The application for writ of certiorari filed on January 3, 2023, by Petitioners/Respondents-Appellants James and Mary Basco is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held, subject to further order of this court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, February 21, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

